

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 06 2006

at \_\_11\_\_ o'clock and \_\_15\_\_ min. \_\_A\_\_ M
SUE BEITIA, CLERK

CADES SCHUTTE
A Limited Liability Law Partnership

JEFFREY S. PORTNOY      #1211-0
NEILL T. TSENG          #8088-0
1000 Bishop Street, Suite 1200
Honolulu, HI 96813-4216
Telephone: (808) 521-9221
Fax:       (808) 540-5040
Email:     jportnoy@cades.com

LODGED

JAN 03 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

Attorneys for Defendants
NCL, AMERICA, INC., PRIDE OF ALOHA,
INC., and the M/V PRIDE OF ALOHA, O.N.
1153219

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| IVAL DE LA FUENTE,<br><br>    Plaintiff,<br><br>    v.<br><br>NCL, AMERICA, INC.; PRIDE OF ALOHA, INC.; JOHN DOES 1-20; MARY DOES 1-2-; DOE CORPORATIONS 1-20; DOE PARTNERSHIPS 1-20; DOE ASSOCIATES 1-20; DOE; and OTHER ENTITIES 1-20, <u>In Personam</u>, and the M/V PRIDE OF ALOHA, <u>O.N. 1153219, In Rem</u>,<br><br>    Defendants. | CIVIL NO. CV 04-00709 DAE/BMK<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES<br><br>Trial Date: February 14, 2006<br><br>Judge:    Honorable David A. Ezra |

ImanageDB:624674.1

## STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND ALL PARTIES

IT IS HEREBY STIPULATED by and between the undersigned parties through their respective counsel, that all claims alleged by Plaintiff against Defendants NCL, AMERICA, INC., In Personam, PRIDE OF ALOHA, INC., In Personam, and M/V PRIDE OF ALOHA, O.N. 1153219, In Rem, are hereby **dismissed with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Each party shall bear his/her/its own costs and attorneys fees.

**This stipulation disposes of all claims and parties in the action. All appearing parties have signed this stipulation. There are no remaining claims, parties and/or issues.**

DATED: Honolulu, Hawaii, _____1-3-07_____ 2005.

_____
JAY L. FRIEDHEIM
Attorney for Plaintiff

_____
JEFFREY S. PORTNOY
NEILL T. TSENG
Attorneys for Defendants
NCL, AMERICA, INC.; PRIDE OF
ALOHA, INC.; and M/V PRIDE OF
ALOHA, O.N. 1153219

2

ImanageDB:624674.1

APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

---

**De La Fuente v. NCL, America, Inc., et al. CIVIL NO. 04-00709 DAE/BMK**
**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS**
**AND ALL PARTIES**

ImanageDB:624674.1